IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50391
Summary Calendar
_____

JANIE T. OJEDA,

                                        Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-99-CV-815-JN
--------------------
February 20, 2002

Before REAVLEY, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Janie Trevino Ojeda ("Ojeda") appeals the district court's
judgment affirming the Social Security Commissioner's denial of
her application for supplemental security income (SSI).  Ojeda
contends that the Administrative Law Judge's (ALJ) findings were
not supported by substantial evidence and that the ALJ did not
apply the proper legal standard for her age.

     "Appellate review of the [Commissioner's] denial of
disability benefits is limited to determining whether the
decision is supported by substantial evidence in the record and

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

whether the proper legal standards were used in evaluating the evidence."  Villa v. Sullivan, 895 F.2d 1019, 1021 (5th Cir. 1990)(citation omitted); Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995).  "'Substantial evidence is more than a scintilla, less than a preponderance, and is such relevant evidence as a reasonable mind might accept as adequate to support a conclusion.'"  Villa, 895 F.2d at 1021-22 (citation omitted).

WE AFFIRM, substantially for the reasons stated in the magistrate judge's opinion  Ojeda v. Massanari, No. A-99-CV-815-AA (W.D. Tex. Mar. 22, 2001) (unpublished).

AFFIRMED.